BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: william.edelman@usdoj.gov

Attorneys for the United States of America

MELODY BAHAI
Law Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00365-NC-2 |
| Plaintiff, | |
| v. | **MOTION AND ORDER TO DISMISS INFORMATION AS TO DEFENDANT FASEN** |
| SAMANTHA A. FASEN, | |
| Defendant. | |

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in light of Ms. Fasen's successful completion of her pretrial diversion program and the positive recommendation of Pretrial Services, and by leave of Court endorsed hereon, the Acting United

//

//

//

//

1  States Attorney for the Northern District of California hereby dismisses the captioned
2  Information as to defendant SAMANTHA A. FASEN, with prejudice.
3  //
4  //

BRIAN J. STRETCH
Acting United States Attorney

Dated: September 30, 2015

*/s/ William J. Edelman*
WILLIAM J. EDELMAN
Special Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal with prejudice.

Dated:  October 1, 2015

NATHANAEL M. COUSINS
U.S. Magistrate Judge

GRANTED
Judge Nathanael M. Cousins